UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

COX NUCLEAR PHARMACY d/b/a IONSOUTH DIAGNOSTIC PHARMACY LLC *
on behalf of itself and all others similarly situated, and UPPI, LLC *
\*
\*
Plaintiff,   *
vs.   *   Case No. 19-518
\*
JUBILANT DRAXIMAGE INC. d/b/a/ JUBILANT RADIOPHARMA   *
\*
\*
Defendant.   *

## MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1. **Party/Parties for whom you are requesting to appear:**
   COX NUCLEAR PHARMACY d/b/a IONSOUTH DIAGNOSTIC PHARMACY LLC, on behalf of itself and all others similarly situated, and UPPI, LLC

2. **State:**
   (a) **Full name:** Jeffrey S. Jacobovitz
   (b) **Present business address:** 1775 Pennsylvania Avenue, NW, Suite 1000, Washington, DC 20006
   (c) **Office telephone number and email:** (202) 677-4056 & jeffrey.jacobovitz@agg.com
   (d) **Name of your firm, company or agency:** Arnall Golden Gregory LLP

3. **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:**
   American University Washington College of Law, Juris Doctor, May 1980

4. (a) Are you a member in good standing of the bar of the Supreme Court of Alabama? No
   (b) If so, state the month and year you were admitted: _____
   (c) Are you a member in good standing of the bar of any other state's highest court?
   Yes, District of Columbia Court of Appeals
   (d) If so, name the state(s) and the month and year you were admitted: _____
   District of Columbia, May 1981

5. **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:**
   United States District Courts for the District of Maryland, District of Columbia, and the Southern District of New York, together with the United States Court of Appeals for the District of Columbia, the Second, Fourth, and Eleventh Circuits, and the Supreme Court of the United States

6. Are you regularly engaged in the practice of law in the State of Alabama? No.

---

[1] Attach additional pages as needed for complete responses.

7.  (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis? No

    (b) If so, describe fully the circumstances: N/A

8.  (a) Do you presently have pending against you any disciplinary charges by any court or bar association? No

    (b) If so, describe fully the circumstances: N/A

9.  (a) Have you ever been cited for contempt by any federal or state court? No

    (b) If so, describe fully the circumstances: N/A

10. (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court? No

    (b) If so, describe fully the circumstances: N/A

11. Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court? Yes

12. Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court? Yes

    (The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at (www.alsd.uscourts.gov/.)

13. I declare under penalty of perjury that the foregoing is true and correct.

    Jeffrey S. Jacobovitz
    **Applicant Name**

    Date: 08/12/2019

**Oath of Admission:**

I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.

*[signature]*

**Signature of Attorney**

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## JEFFREY S. JACOBOVITZ

was, on the __5th__ day of __April__ A.D. __1982__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __16th__ day of __August__ A.D. __2019__.



**ANGELA D. CAESAR, CLERK**

By: _Von Rayford_

**Deputy Clerk**