IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UPPI, LLC**, *and* **IONSOUTH-MOBILE, LLC** *f/k/a* **COX NUCLEAR PHARMACY** *d/b/a* **IONSOUTH DIAGNOSTIC PHARMACY LLC,** *on behalf of itself and others similarly situated*, <br>          Plaintiffs, <br><br> v. <br><br> **JUBILANT DRAXIMAGE INC.** *d/b/a* **JUBILANT RADIOPHARMA,** <br>          Defendant. | CIVIL ACTION NO. 1:19-00518-KD-N |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection (docs. 65, 66) is made, and consideration of the responses to the objections (docs. 67, 68), the Report and Recommendation of the Magistrate Judge (doc. 64) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated September 18, 2020, is **ADOPTED** as follows:

1. Defendant Jubilant Draximage Inc.'s (JDI) motion to dismiss (doc. 35) is **GRANTED** as to dismissal under Fed. R. Civ. P. 12(b)(6) of the claims in Count I, II, III and IV of the complaint (doc. 1), for reasons stated in the Report and Recommendation;

2. JDI's motion to dismiss Count V is **GRANTED in part and DENIED** in part. The claims in Count V are dismissed to the extent they are based on

   a) MDP or Sestamibi product markets and/or
   (b) the 2013 NDA's acquisition or the 2014 price hike of MAA and DTPA as the underlying injurious act;

3. Plaintiffs IonSouth-Mobile, LLC and UPPI, LLC's (Plaintiffs) objection to the dismissal of Count V, to the extent it is based on the DTPA product market, is **SUSTAINED**;

4. JDI's motion to dismiss Count VI (unjust enrichment) is **DENIED**; and

5. Plaintiffs' motion for leave to amend their complaint (doc. 50, p. 48) is **DENIED.**

**DONE** and **ORDERED** this the 22nd day of October 2020.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**