IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UPPI, LLC, <br>     Plaintiff, <br> *and* <br> IONSOUTH-MOBILE, LLC *f/k/a* COX NUCLEAR PHARMACY *d/b/a* IONSOUTH DIAGNOSTIC PHARMACY LLC, *on behalf of itself and others similarly situated*, <br>     Plaintiff/Counter Defendant, <br> v. <br> JUBILANT DRAXIMAGE INC. *d/b/a* JUBILANT RADIOPHARMA, <br>     Defendant/Counter Claimant. | CIVIL ACTION NO. 1:19-00518-KD-N |

## ORDER

This civil action is before the Court on the parties' "Joint Motion to Stay and to Extend Deadlines Pending Settlement Negotiations" filed April 8, 2021 (Doc. 93).[1] Upon due consideration, said motion (Doc. 93) is **DENIED** as to the request for a stay, but **GRANTED in part** as to the request to extend the scheduling order deadlines by 90 days, as follows: all deadlines in sections 4 (DISCOVERY (FIRST PHASE)), 7 (AMENDMENTS TO PLEADINGS AND JOINDER OF PARTIES), 8 (EXPERT TESTIMONY), 12 (DISPOSITIVE MOTIONS AND CLASS CERTIFICATION MOTIONS), and 13 (SETTLEMENT/ADR) of the Federal Rule of

---

[1] The assigned District Judge has referred said motion to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a). *See* S.D. Ala. GenLR 72(b); (4/8/2021 electronic reference).

Civil Procedure 16(b) Scheduling Order for First Phase of Proposed Class Action (Doc. 85) are extended by 90 days. **All other deadlines and provisions in the Rule 16(b) scheduling order (Doc. 85) remain in full force.**

The parties are to file, under seal, joint status reports pursuant to the schedule below to update the Court on the parties' settlement progress:

- First Status Report due 45 days from the date of entry of this Order.
- Second Status Report due 90 days from the date of entry of this Order.

**DONE** and **ORDERED** this the 12th day of April 2021.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**