# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UPPI, LLC,** *and* **IONSOUTH-MOBILE, LLC** *f/k/a* **COX NUCLEAR PHARMACY** *d/b/a* **IONSOUTH DIAGNOSTIC PHARMACY LLC,** *on behalf of itself and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **JUBILANT DRAXIMAGE INC.** *d/b/a* **JUBILANT RADIOPHARMA,** <br><br> Defendant. | CIVIL ACTION NO. 1:19-00518-KD-N |

## ORDER

This action is before the Court on the Joint Status Report wherein the parties report that they "have reached an agreement in principle to fully settle and resolve the claims in this Action (i) as to Plaintiff UPPI, LLC, and (ii) on an individual (not class) basis a[s] to Plaintiff IonSouth-Mobile, LLC – which would terminate the above-captioned action" (doc. 99). The parties report that they are drafting the settlement papers, but additional time is necessary to negotiate and finalize the documents. Therefore, they request an extension of the Scheduling Order deadlines by thirty (30) days.

Upon consideration, this action is **DISMISSED** with prejudice **subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement agreement not be finalized.

**DONE** and **ORDERED** this the 20th day of August 2021.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **CHIEF UNITED STATES DISTRICT JUDGE**